884 A.2d 1257

IN THE MATTER OF TANYA E. LAWRENCE, AN ATTORNEY
AT LAW (ATTORNEY NO. 009791998).

November 4, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–105, recommending the disbarment of **TANYA E. LAWRENCE** of **WEST NEW YORK**, who was admitted to the bar of this State in 1998, and who thereafter was suspended from the practice of law for a period of three months effective March 19, 2002, by Order of the Court filed February 22, 2002, and who remains suspended at this time;

And the disbarment recommendation being based on respondent's knowing misappropriation of client funds, conduct in violation of *RPC* 1.15(a) (failure to safeguard client funds) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **TANYA E. LAWRENCE** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **TANYA E. LAWRENCE** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys; and it is further

ORDERED that **TANYA E. LAWRENCE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **TANYA A LAWRENCE** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **TANYA E. LAWRENCE** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause

shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.